UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2017 MAY 10 AM 11: 14

UNITED STATES OF AMERICA

v.

**CHICOBY SUMMERS**
**ROMAN L. BROWN, JR.**

INDICTMENT

NO. 3:17-CR-68-TBR

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 2461
18 U.S.C. § 115(a)(1)(A)
18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 115(b)(4)

The Grand Jury charges:

COUNT 1

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **CHICOBY SUMMERS**, being a person who had been convicted in court of a crime punishable by imprisonment for a term exceeding one year, that is:

On or about October 9, 2014, **CHICOBY SUMMERS** was convicted in Jefferson County Circuit Court, Louisville, Kentucky, in Case Number 13-CR-3015, of Trafficking in a Controlled Substance First Degree and Tampering with Physical Evidence,

did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus 9 millimeter handgun bearing serial number TJY69069, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 2

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **CHICOBY SUMMERS**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about October 9, 2014, **CHICOBY SUMMERS** was convicted in Jefferson County Circuit Court, Louisville, Kentucky, in Case Number 13-CR-3015, of Trafficking in a Controlled Substance First Degree and Tampering with Physical Evidence,

did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus 9 millimeter handgun with serial number TJW83525, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **CHICOBY SUMMERS**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about October 9, 2014, **CHICOBY SUMMERS** was convicted in Jefferson County Circuit Court, Louisville, Kentucky, in Case Number 13-CR-3015, of Trafficking in a Controlled Substance First Degree and Tampering with Physical Evidence,

did knowingly possess, in and affecting commerce, a firearm, that is, a Zastava, 7.62 caliber pistol, Model PAP M92PV, bearing serial number M92PV053161 and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 4

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMAN L. BROWN, JR.**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about September 18, 2013, **ROMAN L. BROWN, JR.** was convicted in Jefferson County Circuit Court, Louisville, Kentucky, in Case Number 12-CR-1113, of Trafficking in a Controlled Substance First Degree,

did knowingly possess, in and affecting commerce, a firearm, that is, a Zastava, 7.62 caliber pistol, Model PAP M92PV, bearing serial number M92PV053161 and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 5

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMAN L. BROWN, JR.**, being a person who had been convicted in court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about September 18, 2013, **ROMAN L. BROWN, JR.** was convicted in Jefferson County Circuit Court, Louisville, Kentucky, in Case Number 12-CR-1113, of Trafficking in a Controlled Substance First Degree,

did knowingly possess, in and affecting commerce, a firearm, that is, a Glock Model 36, .45 caliber pistol, bearing serial number WZK770 and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 6

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMAN L. BROWN, JR.**, did threaten to assault C. S., a member of the LOUISVILLE METRO INTEL ("LMINTEL") Joint Task Force, with intent to impede, interfere, intimidate and retaliate against C. S. while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

The Grand Jury further charges:

## COUNT 7

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMAN L. BROWN, JR.**, did threaten to kill C. S., a member of the LOUISVILLE METRO INTEL ("LMINTEL") Joint Task Force, with intent to impede, interfere, intimidate and retaliate against C. S. while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

The Grand Jury further charges:

## COUNT 8

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMAN L. BROWN, JR.**, did threaten to assault a member of the immediate family of C. S., a member of the LOUISVILLE METRO INTEL ("LMINTEL") Joint Task Force, with intent to impede, interfere, intimidate and retaliate against C. S. while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(A) and 115(b)(4).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **CHICOBY SUMMERS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Taurus 9 millimeter handgun with serial number TJY69069, and ammunition; a Taurus 9 millimeter handgun with serial number TJW83525, and ammunition; and a Zastava, 7.62 caliber pistol, Model PAP M92PV, bearing serial number M92PV053161 and ammunition.

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **ROMAN L. BROWN, JR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Glock Model 36, .45 caliber pistol, bearing serial number WZK770 and ammunition; and a Zastava, 7.62 caliber pistol, Model PAP M92PV, bearing serial number M92PV053161 and ammunition.

A TRUE BILL.

**REDACTED**

_[signature]_
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:egm

UNITED STATES OF AMERICA v. CHICOBY SUMMERS and ROMAN L. BROWN, JR.

## PENALTIES

Count: 1 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 2 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 3 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 4 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 5 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 6 NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 7 NM 6 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count: 8 NM 6 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:17-CR-68-TBR

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2017 MAY 10  AM 11: 14

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

CHICOBY SUMMERS

ROMAN L. BROWN, JR.

## INDICTMENT

**Title 18 U.S.C. § 922(g)(1); § 924(a)(2);
Title 18 U.S.C. § 115(a)(1)(B); § 115(b)(4)
Title 18 U.S.C. § 115(a)(1)(A); § 115(b)(4)
Felon in Possession; Did Threaten to Kill a United States Law Enforcement Officer; Did Threaten to Assault the Family of a United States Law Enforcement Officer.**

*A true bill.*

**REDACTED**

*Filed in open court this 10th day, of May, 2017.*

_____ *Clerk*

*Bail, $*