**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                                                    **CRIMINAL ACTION NO. 3:17-CR-00068-TBR**

**CHICOBY SUMMERS**                                                                           **DEFENDANT**

**MOTION TO REVOKE DETENTION**

Now comes Chicoby Summers, by counsel, Rob Eggert, and moves this Honorable Court to revoke detention in the above-styled action. In support of this motion, the defendant states the following:

1. Mr. Summers is charged with possession of a firearm having been convicted of a felony.

2. The defense respectfully submits that he is an excellent candidate for home detention.

3. The defendant has numerous family members and relatives in Louisville. Indeed, at his preliminary hearing, multiple family members attended on extremely short notice.

4. If released, Mr. Summers would not be seeking any releases. He would reside at the residence of an Aunt. There is no reason to believe he would commit any crimes or violate any rules issued by the Department of Probation.

5. Detention prior to trial is supposed to be the exception, not the rule.  This is not a drug case.

6. In summary, based on Attorney General Holder's own memo, Mr. Summers would seem to be a person that not only should not be subject to a mandatory minimum, he should not even be detained.  In *United States v. Dominguez*, 783 Fed. 2d, 702 (7th Cir. 1986), the Court held that a defendant cannot be detained as dangerous under § 3142(e), unless there is no condition that would reasonably ensure community safety.  In this case, there are multiple conditions which would permit the defendant's release and at the same time protect the safety of the community.

WHEREFORE, the defendant moves this Court to enter the Order attached hereto.

**RESPECTFULLY SUBMITTED,**

/s/  *ROB EGGERT*
Rob Eggert
600 West Main Street
Suite 300
Louisville, Kentucky   40202
(502) 589-6190

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF  system, which will send a notice of electronic filing to the following all attorneys of record.

/s/     *Rob Eggert*
Rob Eggert