UNITED STATES DISTRICT COURT
Western District of Kentucky

FILED
WESTERN DISTRICT

## EXHIBIT INVENTORY

17 JUN 15 AM 9:12

Case Number: 3:17CR-68-TBR  Style of Case: USA v. Chicoby Summers

Received from: A. Wernecke  Received by: D. C. John Spalding  Date: 6-15-17

Proceedings: Preliminary + Detention Hearing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| GX 1 | map | | |
| GX 2-3 | photographs | | |

**NOTES:** _____

**DISPOSITION OF EXHIBITS:**
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____

OTHER DISPOSITON: _____
DATE: _____  RETURNED BY: _____  Deputy Clerk