UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                              CRIMINAL ACTION NO. 3:17-CR-00068-TBR

CHICOBY SUMMERS                                                                                             DEFENDANT

### RESPONSE TO MOTION TO SUPPRESS SEARCHES

### ELECTRONICALLY FILED

The defendant moves the Court to suppress all evidence obtained and statements made as a result of searches conducted at 9200 Bunsen Park Drive, Building 1, Apartment 208 on February 6, 2017 and at 7924 Zelma Fields Avenue on April 12, 2017. The defendant's motion should be denied because the four corners of the affidavits sufficiently state probable cause that the searches will lead to evidence of a crime.

The defendant contends the warrants are invalid in that the four corners of the affidavits fail to establish probable cause. The defendant does not contend, however, that any statements contained within said affidavits are inaccurate, false, or misleading. As such, the decision of the judge who issued the warrants is entitled to "great deference." *United States v. Archibald*, 685 F.3d 553, 556 (2012)(citing *United States v. Brooks*, 594 F.3d 488, 492 (6th Cir. 2010)).

Upon a review of the four corners of the affidavit, probable cause exists if the affidavit establishes "a fair probability that contraband or evidence of a crime will be found in a particular place." *Illinois v. Gates*, 462 U.S. 213, 238, 103 S.Ct. 2317, 76 L.Ed.2d 527 (1983). The issuing judge's determination regarding probable cause is to be reversed "only if…arbitrarily exercised." 685 F.3d at 557 (citing *United States v. Weaver*, 99 F.3d 1372, 1377 (6th Cir. 1996)).

The United States opposes the motion to suppress and for its argument in opposition, rests on the four corners of the affidavit. See attachment. Wherefore, the United States respectfully requests the defendant's motion be denied.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


s/Erin McKenzie
ERIN MCKENZIE
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 625-7061
FAX: (502) 582-5067
Email: erin.mckenzie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Erin McKenzie
ERIN MCKENZIE
Assistant U.S. Attorney