UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:17CR-00068-TBR |
| CHICOBY SUMMERS | DEFENDANT |

\*\*\* \*\*\* \*\*\*
**DEFENDANT SUMMERS' OBJECTION TO
MOTION TO DECLARE COMPLEX**
\*\*\* \*\*\* \*\*\*

Comes the defendant, Chicoby Summers, through counsel, and states his objection to the Motion to Declare Complex [DN 95] filed by a co-defendant on December 8, 2017. In support of his Objection, Mr. Summers states the following:

Mr. Summers has already been in custody on this case for eight months, since April 13, 2017. Mr. Summers was ready for the trial that was scheduled for December 11, 2017. Mr. Summers will file a Motion to Sever his trial from that of his co-defendants and will be ready to proceed with his trial at the Court's earliest available time. Mr. Summers does not agree that the exclusion from the Speedy Trial Act contained in 18 U.S.C. § 3161(h)(7)(B)(ii) applies to him in this matter. "**(ii)** Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section."

WHEREFORE, Mr. Summers objects to this matter being declared complex as to him. Mr. Summers has been in custody for 8 months and is ready for trial. Mr. Summers will file a motion to sever by December 15, as ordered in the Court's scheduling Order [DN 74]. Mr.

Summers requests that this Court not declare this case complex as to him, and not exclude any resulting delays from the Speedy Trial Act as pertains to his request for a speedy trial in this matter.

**RESPECTFULLY SUBMITTED,**

*/S/* **ROB EGGERT**
Rob Eggert
600 West Main Street
Suite 300
Louisville, Kentucky   40202
(502) 589-6190

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following all attorneys of record.

*/S/* **ROB EGGERT**
Rob Eggert
