FILED
VANESSA L. ARMSTRONG
APR 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4-12-20

My name is Sonja Lester, I am Chicoby's Aunt and I would like to ask you to consider letting Chicoby come home even if had to be on House Arrest, due to the Coronavirus that is spreading so quickly not just inside the prisons but world wide. Chicoby is/has comply with what is/was ask of him while being there.

It would mean less worrying for my sister & Brother-in law knowing their son is not so far away and can't protect hisself from catching the virus. If he was allow to quarantine at home he has a better chances at surviving.

Thanks for listening,

Sonja Lester

Songa Lester
3501 Bohne Ave.
Louisville KY, 40211

Att. Judge Thomas B. Russell
Clerk's office  601 W. Broadway
United States Courthouse Louisville KY
40202

FILED
VANESSA L. ARMSTRONG
APR 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY