UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                    Plaintiff,

v.                                                                              Criminal Action No. 3:17-cr-68-DJH

CHICOBY SUMMERS,                                                                                             Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final revocation hearing on November 29, 2021, with the following counsel participating:

    For the United States:    Erin McKenzie

    For Defendant:    Rob Eggert

The defendant was not present.  Counsel and the United States Probation Office reported no recent contact with the defendant.  A warrant is in place for his arrest.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the final revocation hearing is **CONTINUED**, to be reset by subsequent order.

November 29, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1